CGFD15 (10/1/16)



**ORDERED in the Southern District of Florida on May 14, 2018**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 18–15121–EPK
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*
Maurice Symonette, Kurt Marin, and Clide Ward T
2033 Linton Lake Dr #B
Delray Beach, FL 33445

EIN: 82–7101308

## ORDER DISMISSING CASE

At the time of filing of the above referenced case on **April 30, 2018**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

**1)** As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **05/08/2018** deadline:

A corporation, partnership, trust or other business entity cannot file a petition on its own behalf without counsel (Local Rule 9010–1(B)(1)).

The petition was not accompanied by a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1).

**2)** The following additional requirements remain outstanding:

Official Bankruptcy Form 206Sum, A Summary of Your Assets and Liabilities
Official Bankruptcy Form 206A/B, Schedule A/B: Property
Official Bankruptcy Form 206D, Schedule D: Creditors Who Hold Claims Secured by Property
Official Bankruptcy Form 206E/F, Schedule E/F: Creditors Who Have Unsecured Claims
Official Bankruptcy Form 206G, Schedule G: Executory Contracts and Unexpired Leases
Official Bankruptcy Form 206H, Schedule H: Your Codebtors
Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules
Official Bankruptcy Form 207, Statement of Financial Affairs for Individuals Filing for Bankruptcy

Because the debtor has failed to meet the deadline(s) in paragraph (1) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

The clerk shall serve a copy of this order on all parties of record.