United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 18-15121-EPK
Maurice Symonette, Kurt Marin, and Clide                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9            User: youngt              Page 1 of 1                Date Rcvd: May 14, 2018
                                Form ID: CGFD15          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db              Maurice Symonette, Kurt Marin, and Clide Ward T,    2033 Linton Lake Dr #B,
                 Delray Beach, FL   33445
94502345        Albertelli Law,    c/o Robert K. Bowen,    Attn: HSBC Bank USA NA,    POB 23049,    Tampa FL 33623
94502344        Ocwen Loan Servicing LLC,    POB 252690,   West Palm Beach, FL 3341-4738
94502343        Washington Mutual Mortgage Co,    POB 78148,   West Palm Beach FL 78140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: FLDEPREV.COM May 15 2018 04:58:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Ft Lauderdale, FL   32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 15 2018 01:29:05      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,   Miami, FL 33130-1614
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Deborah Menotte    menottetrustee@gmail.com,   ecf.alert+Menotte@titlexi.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 2

Case 18-15121-EPK    Doc 10    Filed 05/16/18    Page 2 of 3

CGFD15 (10/1/16)



ORDERED in the Southern District of Florida on May 14, 2018



**Erik P. Kimball**
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 18–15121–EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Maurice Symonette, Kurt Marin, and Clide Ward T
2033 Linton Lake Dr #B
Delray Beach, FL 33445

EIN: 82–7101308

## ORDER DISMISSING CASE

At the time of filing of the above referenced case on **April 30, 2018**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

**1)** As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **05/08/2018** deadline:

    A corporation, partnership, trust or other business entity cannot file a petition on its own behalf without counsel (Local Rule 9010–1(B)(1)).

    The petition was not accompanied by a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1).

**2)** The following additional requirements remain outstanding:

    Official Bankruptcy Form 206Sum, A Summary of Your Assets and Liabilities
    Official Bankruptcy Form 206A/B, Schedule A/B: Property
    Official Bankruptcy Form 206D, Schedule D: Creditors Who Hold Claims Secured by Property
    Official Bankruptcy Form 206E/F, Schedule E/F: Creditors Who Have Unsecured Claims
    Official Bankruptcy Form 206G, Schedule G: Executory Contracts and Unexpired Leases
    Official Bankruptcy Form 206H, Schedule H: Your Codebtors
    Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules
    Official Bankruptcy Form 207, Statement of Financial Affairs for Individuals Filing for Bankruptcy

    Because the debtor has failed to meet the deadline(s) in paragraph (1) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017−2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017−2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

                                                                                             # # #

The clerk shall serve a copy of this order on all parties of record.